**Bernard MCFADDEN, Plaintiff—Appellant,**

v.

**Simon MAJOR, Director of SLRDC in his individual and personal capacity; D. Scott Cook, Dietician of SLRDC in his individual and personal capacity, Defendants—Appellees.**

No. 11–7642.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 16, 2012.

Decided: Feb. 23, 2012.

Bernard McFadden, Appellant Pro Se. James M. Davis, Jr., Joel Steve Hughes, Davidson & Lindemann, PA, Columbia, South Carolina, for Appellees.

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bernard McFadden appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McFadden v. Major*, No. 1:10–cv–01941–TMC, 2011 WL 5873037 (D.S.C. Nov. 22, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*